**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-23266-BLOOM/Otazo-Reyes**

JUAN ZUNIGA,

     Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

     Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Plaintiff Juan C. Zuniga's ("Claimant") Motion for Summary Judgment with Brief in Support of Remanding the Case to the Commissioner of Social Security, ECF No. [17] ("Claimant's Motion for Summary Judgment"), and Defendant Kilolo Kijakazi Acting Commissioner of Social Security's ("Commissioner") Motion for Summary Judgment with Supporting Memorandum of Law and Opposition to Plaintiff's Motion for Summary Judgment ("Commissioner's Motion for Summary Judgment"), ECF No. [18] (collectively, "Motions"). The Motions were previously referred to the Honorable Judge Alicia M. Otazo-Reyes for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [14]. On July 10, 2023, the Magistrate Judge issued a R&R recommending that Claimant's Motion for Summary Judgment be denied, and Commissioner's Motion for Summary Judgment be granted. ECF No. [20]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, Claimant has filed no objections, nor has Claimant sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R, the record in this case, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that Claimant's Motion for Summary Judgment must be denied, and Commissioner's Motion for Summary Judgment must be granted for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.      The R&R, **ECF No. [20]**, is **ADOPTED**;

2.      Claimant's Motion for Summary Judgment, **ECF No. [17]**, is **DENIED**;

3.      Commissioner's Motion for Summary Judgment, **ECF No. [18]**, is **GRANTED**;

4.      The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 25, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record